## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Petroleum Marketing Group, Inc., PMG Eastern Shore, LLC, and Ocean Petroleum, LLC <br><br> Plaintiffs, <br><br> vs. <br><br><br> Express Farm, Inc. and Xi Li <br><br> Defendants. | No. 8:19-cv-01256-DNH-CFH |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION

The parties amicably resolved Plaintiffs' request for preliminary injunctive relief. Attached is a stipulated order signed by counsel for all parties. The stipulation requires Defendants to abide by various conditions during the pendency of this litigation. In return, Plaintiffs agree to withdraw their pending request for preliminary injunctive relief (Doc. 4).

The parties jointly ask this Court to approve the stipulation instead of holding an injunction hearing.

Respectfully submitted,

   *s/ Daniel J. Auerbach*
Daniel J. Auerbach   Bar Number: 701417
Gamburg & Benedetto, LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
Telephone: (215) 567-1486
Fax: (215) 940-6661
E-mail: dan@gamburglaw.com

Dated: October 31, 2019