IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Petroleum Marketing Group, Inc., PMG Eastern Shore, LLC, and Ocean Petroleum, LLC<br><br>              Plaintiffs,<br><br>vs.<br><br><br>Express Farm, Inc. and Xi Li<br><br>              Defendants. | No. 8:19-cv-01256-DNH-CFH |

**PLAINTIFFS' PETROLEUM MARKETING GROUP, INC. PMG EASTERN SHORE, LLC AND OCEAN PETROLEUM, LLC CORPORATE DISCLOSURE STATEMENT**

    Under FED. R. CIV. P. 7.1, Plaintiffs Petroleum Marketing Group, Inc. PMG Eastern Shore, LLC (collectively, "PMG") and Ocean Petroleum, LLC ("Ocean Petroleum"), discloses that it has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: Armonk, New York
       November 11, 2019

                                  Respectfully submitted,

                                  s/ **Urs Broderick Furrer**
                                  Urs Broderick Furrer Bar Number: 509628
                                  HARRITON & FURRER, LLP
                                  Attorneys for Plaintiffs
                                  84 Business Park Drive, Suite 302
                                  Armonk, New York 10504
                                  Telephone: (914) 730-3400
                                  Fax: (914) 730-3405
                                  E-mail: UBFurrer@HFLawLLP.com