## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Petroleum Marketing Group, Inc., PMG Eastern Shore, LLC, and Ocean Petroleum, LLC<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br><br>Express Farm, Inc. and Xi Li<br><br>　　　　　　　　　Defendants. | No. 8:19-cv-01256-DNH-CFH |

### STIPULATION

All parties hereby stipulate under FED. R. CIV. P. 34(b)(2)(A) that Defendants shall have through and including March 23, 2020 to respond to the Requests for Documents propounded by Plaintiffs on February 14, 2020.

**Stipulated and agreed to:**

| | |
|---|---|
| *s/ Urs Broderick Furrer* | *s/ Daniel J. Auerbach* |
| Urs Broderick Furrer, Esq.   Bar Number: 509628 | Daniel J. Auerbach   Bar Number: 701417 |
| Harriton & Furrer, LLP | Gamburg & Benedetto, LLC |
| 84 Business Park Drive, Suite 302 | 1500 John F. Kennedy Blvd., Suite 1203 |
| Armonk, New York 10504 | Philadelphia, PA 19102 |
| Telephone: (914) 730-3400 | Telephone: (215) 567-1486 |
| Fax: (914) 730-3405 | Fax: (215) 940-6661 |
| E-mail: UBFurrer@HFLawLLP.com | E-mail: dan@gamburglaw.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |