## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Petroleum Marketing Group, Inc., PMG Eastern Shore, LLC, and Ocean Petroleum, LLC<br><br>                    Plaintiffs,<br><br>  vs.<br><br><br>Express Farm, Inc. and Xi Li<br><br>                    Defendants. | No. 8:19-cv-01256-DNH-CFH |

### STIPULATION

All parties hereby stipulate under FED. R. CIV. P. 33(b)(2) that Defendants shall have through and including March 23, 2020 to respond to the Interrogatories propounded by Plaintiffs on February 14, 2020.

**Stipulated and agreed to:**

| | |
|---|---|
| */s/ Urs Broderick Furrer*<br>Urs Broderick Furrer, Esq.<br>Harriton & Furrer, LLP<br>84 Business Park Drive, Suite 302<br>Armonk, New York 10504<br>Telephone: (914) 730-3400<br>Fax: (914) 730-3405<br>E-mail: UBFurrer@HFLawLLP.com<br><br>*Counsel for Plaintiffs* | */s/ Daniel J. Auerbach*<br>Daniel J. Auerbach   Bar Number: 701417<br>Gamburg & Benedetto, LLC<br>1500 John F. Kennedy Blvd., Suite 1203<br>Philadelphia, PA 19102<br>Telephone: (215) 567-1486<br>Fax: (215) 940-6661<br>E-mail: dan@gamburglaw.com<br><br>*Counsel for Defendants* |