UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petroleum Marketing Group, Inc., PMG Eastern Shore, LLC, and Ocean Petroleum, LLC

                Plaintiffs,

vs.

                No. 8:19-cv-01256-DNH-CFH

Express Farm, Inc. and Xi Li

                Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed Joint Stipulation signed by all Parties, and upon all the papers and pleadings filed in this action, Plaintiffs will move this District Court of the State of New York, Northern District, 10 Broad Street, Utica, New York,13501 on the 12th day of June, 2020, at 10:00 a.m. in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order granting Plaintiffs leave to Amend their Complaint and Defendants leave to Amend their Answer.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to CPLR §2214(b), answering affidavits, if any, are to be served upon the undersigned at least seven (7) days prior to the return date of the within motion.

Dated:  Armonk, New York
       May 26, 2020

                Respectfully submitted,

                /s/ Urs Broderick Furrer
                **URS BRODERICK FURRER, ESQ.**[SJC1]
                **HARRITON & FURRER, LLP**
                Attorneys for Plaintiffs Petroleum Marketing Group, Inc., PMG Eastern Shore, LLC and Ocean Petroleum, LLC
                84 Business Park Drive, Suite 302
                Armonk, New York 10504
                (914) 730-3400
                (914) 730-3405 Facsimile
                UBFurrer@hflawllp.com